**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 98-6997**

─────────

ROBERT ALLEN BANE,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections; L. M. SAUNDERS, Warden;
J. LEE, Assistant Warden; S. F. TAYLOR, Assis-
tant Warden; B. TOLLEY, Acting Assistant War-
den; L. R. DAY, Major; OFFICER HALL; OFFICER
J. SCOTT; OFFICER ARNOLD; OFFICER FRESHOUR;
OFFICER TYLER; OFFICER GARRETT; LIEUTENANT
REDMAN,

Defendants - Appellees,

and

OFFICER THORNTON; A. D. ROBINSON,

Defendants.

─────────

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-96-687-R)

─────────

Submitted:  February 26, 1999          Decided:  March 19, 1999

─────────

Before WILKINS and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Robert Allen Bane, Appellant Pro Se.  Martha Murphey Parrish, Assistant Attorney General, Christopher Garrett Hill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Allen Bane appeals the district court's orders denying relief on his complaint filed under the Americans with Disabilities Act (ADA), 42 U.S.C.A. §§ 12101-12213 (West 1994 & Supp. 1998), and 42 U.S.C.A. § 1983 (West Supp. 1998). We have reviewed the record and the district court's opinions accepting the magistrate judge's recommendations and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bane v. Angelone, No. CA-96-687-R (W.D. Va. Jan. 9; May 20, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

_____

[*] The orders from which Bane appeals were signed on January 6, 1998, and May 19, 1998, and entered on the district court's docket on January 9, and May 20, 1998 respectively. In accordance with Fed. R. Civ. P. 58 and 79(a), it is the date of entry we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).